**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CINDY PATROM** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00389-BSM**

**PRUDENTIAL INSURANCE COMPANY OF AMERICA** **DEFENDANT**

# JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE